AO 243 (Rev. 2/95)   MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District: Delaware | | |
|---|---|---|---|
| Name of Movant: Torvald Jones | Prisoner No.: 04147-015 | | Case No.: 99-CR-24 |
| Place of Confinement: Federal Correctional Institution / Ft. Dix N.J. | | | |

UNITED STATES OF AMERICA    V.    Torvald Jones
(name under which convicted)

**ORIGINAL**

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: United States District Court for the District of Delaware.

2. Date of judgment of conviction: September 29, 1999

3. Length of sentence: 292 months

4. Nature of offense involved (all counts): Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 841 (a)(1) and (b)(1)(B)(iii).

RECEIVED JUN 27 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one) N/A
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial? N/A
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __U.S Court of Appeals For the Third Circuit__

   (b) Result __Affirmed__

   (c) Date of result __March 22, 2000 (rehearing denied May 5, 2000)__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☑    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __United States District Court for the District of Delaware__

    (2) Nature of proceeding __28 U.S.C. 2255__

    (3) Grounds raised __Plea was not entered in an intelligent or voluntary fashion with full understanding of the charges; sentence exceeded statutory maximum; information failed to allege an offense against the United States; court erred in establishing career-offender status; ineffective assistance of counsel.__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☑

    (5) Result __Affirmed__

    (6) Date of result __December 3, 2001__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(4) Did you receive an evidentiary hearing on your petition, application or motion? N/A
   Yes ☐   No ☐

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion? N/A
   (1) First petition, etc.    Yes ☐   No ☐
   (2) Second petition, etc.   Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Supporting caselaw was not available at the time to support the arguements; therefore the arguements would've been considered futile and frivolous by the courts.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

   (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: _The petitioner's sixth amendment right to trial by jury was violated pursuant to Blakely v. Washington._

Supporting FACTS (state *briefly* without citing cases or law)

_The court erred when it enhanced the petitioner's penalty based upon relevant conduct (not included in petioner's indictment), in addition to the unconstitutional provisions of the mandatory guidelines scheme, i.e. career offender provision which was not stipulated within the plea of guilty. (See Dodd v. U.S. S.C.T. (2005) and 28 U.S.C. 2255 [6].]_

B. Ground two: _N/A_

Supporting FACTS (state *briefly* without citing cases or law) _N/A_

C. Ground three: _N/A_

Supporting FACTS (state *briefly* without citing cases or law) _N/A_

    D.    Ground four: __N/A__

    Supporting FACTS (state *briefly* without citing cases or law) __N/A__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __N/A__

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing __Joseph W. Benson Esq. 1701 North Market St., P.O. Box 248, Wilmington DE 19899__

    (b) At arraignment and plea __(same)__

    (c) At trial __N/A__

    (d) At sentencing __(same)__

(e) On appeal ___(same)___

(f) In any post-conviction proceeding ___N/A___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: ___N/A___

    (b) Give date and length of the above sentence: ___N/A___

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? N/A
        Yes ☐   No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____Pro Se_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__June 23, 2005__
    (Date)

_____Jowald Jones_____
Signature of Movant

26

```
         IN THE UNITED STATES DISTRICT COURT
  FOR THE             DISTRICT OF Delaware
```

UNITED STATES OF AMERICA     )
                             )
                             )
           vs.               )    CRIMINAL NUMBER: 99-CR-24
                             )
                             )
       Torvald Jones         )
                             )

### PRO SE CERTIFICATE OF SERVICE

I, Torvald Jones, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of                :

                OFFICE OF THE CLERK
              U.S. DEPARTMENT OF JUSTICE
            UNITED STATES DISTRICT COURT
                DISTRICT OF Delaware

And a true and correct copy has been furnished upon the Office of the United States Attorney for the          District of :

              ASSISTANT UNITED STATES ATTORNEY
                 UNITED STATES ATTORNEY
                  DEPARTMENT OF JUSTICE
                     DISTRICT OF

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day 23rd of June, 2005