ORIGINAL

Torvald Jones
#04147-015
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640



Defendant, In Propria Persona

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TORVALD JONES, ) | Crim No. 99-CR-24-ALL |
| Petitioner, ) | Civ. No. |
| ) | |
| vs. ) | Hon. Gregory M. Sleet |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |
| _____/) | |

PETITIONER'S MOTION/REQUEST MOVING THE DISTRICT COURT TO REQUEST
THAT APPEALS COURT RECALL IT'S MANDATE

Comes now, Torvald Jones, appearing in **Pro-se**; hereinafter referred to as the "Petitioner"; whom is a layperson; unlearned and unskilled in the law; unfamiliar with all the Federal Rules of Appellate Procedures; the Federal Rules of Civil Procedures; nor the Federal Rules of Criminal Procedures; however, in light of the United States Supreme Court's mandate announced in Haines v. Kerner, 404 U.S. 519 (1972); an a fortiori, this Circuit's announcement in Gibbs v. Roman, 116 F.3d 83, 86 n.6 (3rd Cir. 1997), the Petitioner respectfully moves this Honorable Court to excuse any mistakes and/or errors made within the Petitioner's Motion/Request Moving District Court To Request That Appeals Court Recall It's Mandate due to the fact that he is unable to present/submit to the Honorable Court a perfectly prepared pleading. In further support of the Pet-

itioner's motion/request he states the following:

1.) That on or about March 9, 1999, the Petitioner was charged by indictment with Possessing W/Intent To Distribute Cocaine Base, in violation of 21 U.S.C. §841(a)(1) and (b)(1)(A); and Possessing a Firearm In Interstate Commerce, in violation of 18 U.S.C. §§922(g)(1) and 924(a)(2) respectively. (see Case No. 99-00024).

2.) That on or about April 14, 1999, the Petitioner entered a plea of guilty to a single count of Possessing W/Intent To Distribute Cocaine Base, in violation of 21 U.S.C. §841(a)(1) and (b)(1)(A).

3.) That on or about September 17, 1999, the Petitioner was sentenced by the district court to (292) months imprisonment, followed by (3) years Supervised Released.

4.) That on or about November 29, 1999, the Petitioner submitted his appeal to his sentence arguing that "The District Court Errered As A Matter Of Law When It Enhanced Defendant's Sentence By Attributing To Him Drug Quanties Based Upon Defendant's Alleged Post-Arrest Statements To The Arresting Officer". On March 22, 2000, the Third Circuit Court of Appeals affirmed the decision of the district court, (see Case No. 99-5819).

5.) That on or in June, 2001, the Petitioner submitted to this Honorable Court his initial 28 U.S.C. §2255 motion.

On or about December 3, 2001, the district court denied the Petitioner's §2255 motion, (see Case No. 01-457-GMS). Thenafter, the Petitioner also submitted a subsequent §2255 motion pursuant to §2255 ¶6(3), which by the way is still pending before this Honorable Court.

    Wherefore, the Petitioner prays that this Honorable Court grant this motion in the interest of justice.

                                Respectfully Submitted,

                                *Torvald Jones*
                                Torvald Jones, In Pro-se.




Torvald Jones / 04147-015
Federal Correctional Institution
PO Box 2000 / Westside
Ft. Dix, NJ 08640

Clerk of the Court
J. Caleb Boggs Federal Building
Rm 4209
844 N. King St. / Lockbox 18
Wilmington, DE 19801