ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TORVALD JONES,                )    Crim. No. 99-CR-24-ALL
         Petitioner,          )    Civ. No.
                              )
vs.                           )
                              )    Hon. Gregory M. Sleet
UNITED STATES OF AMERICA,     )
         Respondent.          )
_____/)

MEMORANDUM IN SUPPORT

In the instant case, the Petitioner is requesting that this Honorable Court move the United States Court of Appeals For The Third Circuit to recall it's mandate affirming his sentence in Appellate Case No. 99-5819 so that the district court could resentece him under the "advisory guideline scheme" established in United States v. Booker, 543 U.S. 220 (2005). It should be noted that the Petitioner does concede that the Third Circuit has previously held that the Booker ruling is not to be given retroactive application on collateral review, See U.S. v. LLoyd, 407 F.3d 608 (3rd Cir. 2005); however, the Petitioner asserts that in light of the explicit dissatisfaction expressed by the sentencing judge in this case; notwithstanding the Petitioner's extreme efforts to rehabilitate himself "post conviction/sentencing"; (see "prima facie" proof included in the Appendix); if this Honorable Court would move/ request the Court of Appeals to withdraw it's previous mandate

-1-



FILED
MAY 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

it might be enough to constitute the "extraordinary circumstances" necessary to convince the Third Circuit to recall it's mandate, See Caleron v. Thomas, 523 U.S. 538, 550, 118 S.Ct. 1489, 140 L.Ed.2d 728 (1998)(holding that cases that involve extraordinary circumstance are sufficient to justify a recall of the mandate)(emphasis added).

In further support of the Petitioner's argument, he asserts that even the sentencing judge acknowledged that the only "hard evidence" in this case was 31.65 grams of crack cocaine, (see pgs. 26-27 of the sentencing transcripts included in the Appendix)); however, The Court still relied upon extra-verdict facts introduced by the government to sentence the Petitioner to an amount of drugs which mandated a minimum sentence of (292) months imprisonment, which was the low end of the guideline bracket by the way, (emphasis added). More importantly here, the sentencing judge fervently expressed his dissatisfaction about having to impose such a harsh sentence in the instant case; and he stated in pertinent part that "he would "welcome" a reversal because the guidelines are too harsh in this case", (see pg. 30 of the sentencing transcript included in the Appendix)(quotation omitted).

The Petitioner submits that the judge whom sentenced him is no longer on the bench; notwithstanding the fact that the

-2-

relief that the Petitioner is requesting is novel; however, it is not without precedence, See Carrington v. United States, (9th Cir., No. 05-36143, 12/13/06)(Recalling mandate due to the fact that the district court requested to be able to sentence the defendant's under the advisory guideline scheme established in United States v. Booker, 543 U.S. 220 (2005)); also see United States v. Crawford, 422 F.3d 1145 (9th Cir. 2005) (The Court held that the "miscarriage of justice" standard for recalling a mandate was satisfied in a final case with a Booker error that involved extraordinary circumstances)(emphasis added). The Petitioner asserts that in the case herein, there was no factual basis to justify him being sentenced for any amount of drug over and above 31.65 grams of crack cocaine; and therefore, he has been denied his due process of law. See Thompson v. Louisville, 362 U.S. 199 (1960); Jackson v. Virginia, 443 U.S. 307 91979). Moreover, since the Constitutional errors complained of above clearly resulted in the imposition of an unauthorized sentence, it also follows that the Petitioner is a "victim of a miscarriage of justice", Wainwright v. Sykes, 433 U.S. 72, 91 (1977); and therefore, he is entitled to the relief he now seeks, See Calderon supra, (emphasis added).

On a final note in regards to this issue, the Petitioner asserts that he is not merely presenting a case to The Court

-3-

where the sentence judge expressed some reservations about having to impose an unjust sentence, but also at stake in this case is an individual has demonstarted exception "post" conviction/sentencing rehabilitation. Instead of the Petitioner experiencing a bad situation and then choosing to make it worst, the Petitioner has done just the opposite. First of all, the Petitioner excepted responsibility for his actions; but more importantly, the Petitioner has used this opportunity to change his life, and instead of being and problem in society, he will be a means to future solutions, (emphasis added). The Petitioner asserts that "inter alia" he been incarcerated for in excess of (8) years and his prison record is "misconduct" free, He is is employed in the prison industries, (e.g. Unicor) where he is not only been able to become self-sufficient, but he has also been able to strengthen his family ties by sending a portion of his funds to the free world to help provide for his children. This has not only been able to help the Petitioner feel good about himself; but a fortiori, it has provided "prima facie" proof that the Petitioner can survive by earning an honest living. Last but not least, the Petitioner has received secondary eduaction and certification from the numberous programs provided by the institutions in which he has resided, (see proof of educational transcripts included in Appendix). It is in light

-4-

of all the facts stated above that the Petitioner would would ask this Honorable Court to intervene on his behalf and request that The Third Circuit Court of Appeals recall it's mandate so that this Honorable Court could could sentence the Petitioner according to the advisory guideline scheme established in Booker supra. (Emphasis added).

### Request For An Evidentiary Hearing

The Petitioner request an "evidentiary hearing" so that he may present evidence in support of the instant motion.

Wherefore, for all the reasons stated within, the Petitioner prays that this Honorable Court will grant his motion and request that the Third Circuit Court of Appeals recall it's mandate and discontinue this "miscarriage of justice" in the interest of justice, along with all and any other relief this Honorable Court may dem appropriate.

Respectfully Submitted,

_Torvald Jones_
Torvald Jones, In Pro-se.

-5-

## CERTIFICATE OF SERVICE

I, Torvald Jones, do hereby affirm and declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that on the ____ day of May, 2007, I mailed the original and two (2) copies of Petitioner's Motion/Request Moting The District Court To request That Appeals Court Recall It's Mandate to the Clerk of The Court, at J. Caleb Boogs Federal Building, Rm 4209, 844 N. King Street, Lockbox 18, Wilmington, De 19801. Also on that same day I mailed a copy to the AUSA, both via FCI Fort Dix's "Institutional mailbox".

*Torvald Jones*
Torvald Jones In Pro-se
#04147-015
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640

(EXHIBIT - A)

1  dismiss the Indictment based upon the defendant's plea of
2  guilty to count 1 of the felony Information. That was
3  pursuant to a memorandum of plea agreement. I would like
4  to hand to that the Court at this time. I've given a copy
5  to Mr. Benson.
6           Thank you, your Honor.
7           THE COURT: Torvald Jones, having pled guilty
8  to count 1 of the Information, possession with intent to
9  distribute cocaine base, in violation of Title 21, United
10 States Code Sections 841 (a)(1) and (B)(1)(b)(iii), the Court
11 now states the following sentence. Both attorneys will have
12 a final chance to make legal objections before the sentence
13 is finally imposed.
14           Pursuant to the Sentencing Reform Act of 1984,
15 it is the judgment of the Court that the defendant Torvald
16 Jones is hereby committed to the custody of the Bureau of
17 Prisons to be imprisoned for a term of 292 months on count
18 1. The sentence is imposed at the minimum of the guideline
19 range for imprisonment because, well, I am unabashedly
20 hopeful that Mr. Benson can convince the Circuit Court that
21 corroboration is a requirement. I also have to note that
22 there are reasons why corroboration might not be a require-
23 ment but that can be thrashed out at the Circuit level.
24 I'm not getting into it.
25           Even considering the Career Offender status,

27

1   when one considers that the only hard evidence was the 31.65
2   grams of crack, 25 years is an extremely harsh penalty, and
3   it's caused in large part because of the 100-to-1 ratio of
4   crack to powder cocaine in the sentencing guidelines. In a
5   sense, the sentencing guidelines in this case, as in others,
6   I regard as a straightjacket from which the judge cannot
7   escape unless he or she wants to compromise their personal
8   integrity. That is the reason this sentence is imposed at
9   the minimum of the guideline range.
10          Upon release from imprisonment, Mr. Jones shall
11  be placed on supervised release for a term of 4 years.
12  Within 72 hours of release from the custody of the Bureau of
13  Prisons, Mr. Jones shall report in person to the probation
14  office in the district to which the defendant is released.
15          While on supervised release, the defendant shall
16  not commit another federal, state or local crime and shall
17  comport with the standard conditions that have been adopted
18  by this Court, and shall comply with the following additional
19  conditions:
20          Mr. Jones shall submit to one drug urinalysis
21  within 15 days after being placed on supervision and at least
22  two periodic tests thereafter.
23          Mr. Jones shall not illegally possess a
24  controlled substance.
25          Mr. Jones shall not possess a firearm or

(EXHIBIT - B)

```
 1  transcript be attached to the statement of reasons and
 2  entered as part of the record.
 3          The Clerk will forward the reported statement of
 4  reasons with the attached transcript to the U.S. Probation
 5  Office who in turn will forward it to the sentencing
 6  commission.
 7          The Court further orders that the presentence
 8  investigation report be maintained by the U.S. Probation
 9  Office.
10          The Clerk shall prepare the judgment.
11          It is further recommended that Mr. Jones be
12  incarcerated in an institution which has a drug treatment
13  program.
14          I have made the statement on the record that if
15  you establish that the Court erred and that corroboration is
16  necessary, I would welcome a reversal. I think the reason
17  is obvious. I think the penalty which I have been forced to
18  impose under the guidelines is too harsh in this instance.
19          Mr. Jones, I wish you the best of luck in
20  prison. Prison is not a nice place to be and you are going
21  to have an awful lot of time to think. Unfortunately, you
22  will do that thinking surrounded by others who have been
23  convicted of crimes, but I hope you decide that if and when
24  you get out that you will stop criminal activity and become
25  a useful and productive citizen. The best of luck to you.
```

**(EXHIBIT - C)**

```
 FTDP8          *            INMATE EDUCATION DATA        *      05-10-2007
 PAGE 001 OF 001 *                TRANSCRIPT               *        15:46:24

 REGISTER NO: 04147-015    NAME..: JONES                   FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: FTD-FORT DIX FCI

 ------------------------- EDUCATION INFORMATION ---------------------------
 FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
 FTD  ESL HAS    ENGLISH PROFICIENT          11-02-1999 1555 CURRENT
 FTD  GED HAS    COMPLETED GED OR HS DIPLOMA 10-26-1999 1418 CURRENT

 --------------------------- EDUCATION COURSES  ----------------------------
 SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
 FTD GP      BCC SM BUS MGT 30 CR CERTW   10-04-2003  CURRENT
 FTD GP      BCIT HAZARDOUS MATERIALS     11-13-2006  02-28-2007  P  C  C   100
 FTD GP      CIRCUIT TRNG ADV S/T/TH 6-8PM 10-10-2006 12-16-2006  P  C  P    30
 FTD GP      BCC FINANCIAL ACCOUNTING I   11-15-2004  06-14-2005  C  C  P     0
 FTD GP      BCC MATHEMATICS              08-09-2004  01-11-2005  C  C  P     0
 FTD GP      BCC ENGLISH-BUSINESS COMM.   08-09-2004  01-11-2005  C  C  P     0
 FTD GP      BCC BUSINESS LAW I           08-09-2004  01-11-2005  C  C  P     0
 FTD GP      BCC PRIN. OF MICROECONOMICS  04-12-2004  07-09-2004  C  C  P     0
 FTD GP      BCC BUS. IN A GLOBAL SOCIETY 04-12-2004  07-10-2004  C  C  P     0
 FTD GP      BCC PRINCIPLES OF MARKETING  01-02-2004  03-27-2004  C  C  P     0
 FTD GP      BCC PRINCIPLES OF MANAGEMENT 01-02-2004  03-27-2004  C  C  P     0
 FTD GP      BCC ENGLISH COMP I           10-04-2003  12-18-2003  C  C  P     0
 FTD GP      BCC SMALL BUSINESS MANAGEMENT 10-04-2003 12-18-2003  C  C  P     0
 ALM         COLLEGE BUS. MANAGEMENT 101  09-26-2002  01-16-2003  C  C  P     0
 ALM         COLLEGE BUSINESS MATH 101    09-23-2002  01-13-2003  C  C  P     0
 ALM         COLLEGE PSYCH OF SUCCESS     07-12-2002  09-18-2002  C  C  P     0
 ALM         COLLEGE ACCOUNTING 102       07-12-2002  09-17-2002  C  C  P     0
 ALM         COLLEGE MARKETING            02-14-2002  06-12-2002  C  C  P     0
 ALM         COLLEGE PSYCH. OF SUCCESS    09-27-2001  11-15-2001  P  W  V    12
 ALM         PARENTING ADVANCED LEVEL 3   05-21-2001  08-09-2001  P  C  P    20
 ALM         COLLEGE BUSINESS MANAGEMENT 2 02-12-2001 05-30-2001  P  C  P    26
 ALM         LEVEL 3 PARENTING PROGRAM    02-26-2001  05-14-2001  P  C  P    20
 ALM         PARENTING LEVEL 2            11-13-2000  02-15-2001  P  C  P    25
 ALM         COLLEGE REAL ESTATE          09-20-2000  01-29-2001  P  C  P    28
 ALM         COLLEGE BUSINESS COMM 2      06-16-2000  11-17-2000  P  C  P    26
 ALM         COMPREHENSIVE PARENTING PRGM 04-10-2000  07-05-2000  P  C  P    25
 ALM         COLLEGE BUSINESS COMMUN 1    02-27-2000  06-16-2000  P  C  P    28
 ALM         COLLEGE ACCOUNTING 1         02-27-2000  06-16-2000  P  C  P    28
 ALM         ACE CULINARY ARTS CLASS      03-20-2000  05-01-2000  P  C  P    14




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# Newport Business Institute

**Williamsport, Pennsylvania**
**Continuing Education Center**

04-Jan-07

Federal Register #: 04147-015
First Name: T.
Last Name: Jones

Learning Site: FCI-Allenwood

| Term | Class | Letter Grade | Credits | Credits Earned | Points |
|---|---|---|---|---|---|
| Fall 2000 | Real Estate 105 | A | 3 | 3 | 12 |
| | | | | 0 | 0 |
| | | | | 0 | 0 |
| | | | | 0 | 0 |
| | Term Credits 3 | | | Term Points 12 | |
| | | | | Term GPA | 4.00 |
| Fall 2002 | Business Math 101 | C | 3 | 3 | 6 |
| | Management 101 | A | 3 | 3 | 12 |
| | | | | 0 | 0 |
| | | | | 0 | 0 |
| | Term Credits 6 | | | Term Points 18 | |
| | | | | Term GPA | 3.00 |
| Spring 2000 | Accounting 101 | A | 3 | 3 | 12 |
| | Business Communications 101 | A | 3 | 3 | 12 |
| | | | | 0 | 0 |
| | | | | 0 | 0 |
| | Term Credits 6 | | | Term Points 24 | |
| | | | | Term GPA | 4.00 |



# Newport Business Institute

Williamsport, Pennsylvania
Continuing Education Center

04-Jan-07

Federal Register #: 04147-015
First Name: T.
Last Name: Jones

Learning Site: FCI-Allenwood

| Term | Course | Grade | Term Credits | Term Points | Term GPA |
|---|---|---|---|---|---|
| Spring 2001 | Management 102 | B | 3 | 9 | 3.00 |
| Spring 2002 | Marketing 104 | A | 3 | 12 | 4.00 |
| Summer 2000 | Business Communications 102 | B | 3 | 9 | 3.00 |
| Summer 2002 | Psychology of Success | A | 3 | | |
| | Accounting 102 | B | 3 | | |
| | | | **Term Credits 6** | **Term Points 21** | **Term GPA 3.50** |



# Newport Business Institute

## Williamsport, Pennsylvania
### Continuing Education Center

04-Jan-07

Federal Register #: 04147-015

First Name: T.
Last Name: Jones

Learning Site: FCI-Allenwood



*Michael J. Chow*

Authorized Signature

| Total Credits | Total Points |
|---|---|
| 30 | 105 |
| QPA | 3.50 |

# ACADEMIC RECORD

**BURLINGTON COUNTY COLLEGE** PEMBERTON, N.J. 08068

*Accredited by the Middle States Association of Colleges and Secondary Schools*

1074369

| STUDENT NAME | Mr. Torvald C. Jones |
|---|---|
| ADDRESS | WEST |
|  | Ft Dix NJ 08540 |
| SOC. SEC. # | 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 |
| BIRTHDATE | 10/29/1971 |
| DATE | 09/27/2006 |

MAJOR: CRT.BUS

| COURSE | COURSE TITLE | GRADE | TERM HOURS | QUALITY POINTS |
|---|---|---|---|---|
| **2003 FALL** | | | | |
| BUA 230 | SMALL BUSINESS MGMT | A | 3 | 12.0 |
| ENG 101 | COLLEGE COMPOSITION I | A | 3 | 12.0 |
| | Term GPA 4.000 | | 6 | |
| | Cum GPA 4.000 | | 6 | |
| **2004 SPRING** | | | | |
| BUA 102 | PRIN OF MANAGEMENT | B+ | 3 | 10.5 |
| BUA 220 | PRIN OF MARKETING | A | 3 | 12.0 |
| | Term GPA 3.750 | | 6 | |
| | Cum GPA 3.875 | | 12 | |
| **2004 SUMMER 1** | | | | |
| ECO 203 | PRIN OF MICROECONOMICS | A | 3 | 12.0 |
| BUA 101 | BUS FUNCT IN A GLOBAL SOCIETY | A | 3 | 12.0 |
| | Term GPA 4.000 | | 6 | |
| | Cum GPA 3.917 | | 18 | |
| **2004 SUMMER 2** | | | | |
| ENG 106 | BUS COMMUNICATIONS | A | 3 | 12.0 |
| MTH 104 | BUSINESS MATHEMATICS | B | 3 | 9.0 |
| BUA 205 | BUSINESS LAW I | B | 3 | 9.0 |
| | Term GPA 3.333 | | 9 | |
| | Cum GPA 3.722 | | 27 | |
| **2004 FALL** | | | | |
| ACC 110 | PRIN OF FINANCIAL ACCT I | A | 3 | 12.0 |
| | Term GPA 4.000 | | 3 | |
| | Cum GPA 3.750 | | 30 | |

End of official record.

Degree Received: Certificate 05/01
Date Conferred: 05/14/2005
Majors: Small Business

NOT A VALID TRANSCRIPT WITHOUT SIGNATURE OF REGISTRAR AND IMPRESSION OF COLLEGE SEAL

_Anthony Q. Sellers_
REGISTRAR    Date

DEGREE _____  MAJOR _____  DATE AWARDED _____

**ISSUED TO STUDENT**

Signature




Torvald Jones 04147-015
Federal Correctional Institution
PO Box 2000 / Westside
Ft. Dix, NJ 08640

Clerk of the Court
J. Caleb Boggs Federal Building
Rm 4209
844 N. King St. / Lockbox 18
Wilmington, DE 19801

U.S. POSTAGE PAID
TRENTON, NJ
MAY 10, '07
AMOUNT $0.00
0002 1292-04

08640

UNITED STATES POSTAL SERVICE

S.M.S.
-RAY