# ORIGINAL

Torvald Jones
#04147-015
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640



May 10, 2007

Clerk of The Court
J. Caleb Boogs Federal BLDG.
844 N. King Street, Lockbox 18
Wilmington, DE 19801

                     Re: Torvald Jones v. USA,
                            Criminal No. 99-CR-24-ALL

Dear Clerk,

    Enclosed you will find the original and three (3) copies, of Petitioner's Motion/Request Moving The District Court To Request That Appeals Court Recall It's Mandate, along with Certificate of Service, and attached Appendix. Also enclosed for your convenience is a self-addressed, stamped envelope. Would you be so kind as to make sure these motions are properly filed with The Court so that the motion may be adjudicated on it's merits? Would you also stamp the extra copy and return it back to me so that I may include it in my personal file? Thank you in advance for all of your time and patience in this matter?

                                       Respectfully Submitted,

                                       *Torvald Jones*
                                       Torvald Jones, In Pro-se.