IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TORVALD JONES,                    )
                                  )
            Petitioner,           )
                                  )
      v.                          )        Cr. No. 99-24-GMS
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )
                                  **O R D E R**

At Wilmington this _15th_ day of _June_, 2007;

**FILED**

**JUN 1 5 2007**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IT IS ORDERED that:

Petitioner's "Motion for the District Court to Request That Appeals Court Recall Its

Mandate" is **DENIED**.  (D.I. 62)  Petitioner asks the court to persuade the United States Court of

Appeals for the Third Circuit to recall its mandate issued on March 22, 2000, in which the Third

Circuit affirmed the court's judgment of conviction and sentence. *See* (D.I. 40)  This court has

no authority to direct the Third Circuit to take such action.

To the extent petitioner's motion constitutes a motion to vacate, set aside, or correct

sentence pursuant to 28 U.S.C. § 2255,[1] the motion is **DENIED** as second or successive for the

same reasons asserted in the court's July 19, 2005 Memorandum Order denying another of

petitioner's § 2255 motions as second or successive. *See* (D.I. 61)

_____
UNITED STATES DISTRICT JUDGE

----

[1]Petitioner seeks the recall of the Third Circuit's mandate so that this court can re-
sentence him under the advisory guideline scheme established in *United States v. Booker*, 543
U.S. 220 (2005). (D.I.   )